**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6165**

RICHARD A. BRYANT,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF
PRISONS; KATHLEEN HAWK, Director,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-1049-5-H)

Submitted: July 23, 1996          Decided: July 30, 1996

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard A. Bryant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his <u>Bivens</u> complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bryant v. United States Dep't of Justice</u>, No. CA-95-1049-5-H (E.D.N.C. Jan. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>